THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00053-D1

UNITED STATES OF AMERICA )
)
v. )
)
)
FRUMENCIO SOTO-PINEDA )

ORDER

This Cause comes before the Court upon Defendant's motion to temporarily seal his Spanish letter to the court, filed as Docket Entry 75. For good cause shown in said motion, Defendant's motion is GRANTED and Docket Entry 75 is hereby temporarily sealed.

So ORDERED this __9__ day of November 2021.

*James Dever*
JAMES C. DEVER III
United States District Judge