THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-00053-D1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRUMENCIO SOTO-PINEDA | ) |

ORDER

This Cause comes before the Court upon Defendant's motion to seal his Supplement to Sentencing Memorandum (DE 99 - 101), filed as Docket Entry 107. For good cause shown in said motion, Defendant's motion is GRANTED and Docket Entry 107 is hereby sealed.

So ORDERED this **28** day of April, 2022.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge